UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA FORMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN BIOSCIENCE, INC., JOHN A. KRAEUTLER, and MELISSA A. LEUKE,<br><br>Defendants. | Case No.: 1:17-cv-774 SJD<br><br>Judge Susan J. Dlott<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DATE TO ANSWER, PLEAD, OR MOVE PURSUANT TO PRIVATE SECURITIES LITIGATION REFORM ACT** |

Based upon the Joint Motion for Extension of Date to Answer, Plead, or Move Pursuant to Private Securities Litigation Reform Act, it is hereby ordered as follows:

1) Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4 (the "Reform Act"), the Court initially will address the issue of who shall serve as lead plaintiff in this action or any consolidated actin of which it becomes a part.

2) The time for Defendants to answer, plead, or otherwise move in response to the complaint is extended indefinitely as provided herein.

3) Following the appointment of the lead plaintiff, lead plaintiff will file an amended complaint applicable to this action and any other actions with which it may be consolidated. No answer, pleading, or motion in response to the complaint should be filed until after the lead plaintiff files an amended complaint.

4) After the lead plaintiff is appointed by the Court, counsel for the lead plaintiff and Defendants will meet and confer on a proposed schedule for the filing of lead plaintiff's amended complaint and Defendants' time to answer, plead, or otherwise move in response to the amended complaint and will present an agreed order to that effect to the Court.

SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott

Copies to:

Chris T. Nolan (0006617)
Perantinides & Nolan Co., L.P.A.
300 Courtyard Square
80 S. Summit Street
Akron, Ohio 44308-1736
Tel: (330) 253-5454
Fax: (330) 253-6524
Email: cnolan@perantinides.com
*Liaison Counsel*

Shannon L. Hopkins
Levi & Korsinsky, LLP
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
*Attorneys for Plaintiff Barbara Forman*

James E. Burke (0032731)
Partner
Keating Muething & Klekamp PLL
One East 4th Street
Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6428
Fax: (513) 579-6457
Email: JBURKE@KMKLAW.com
*Attorney for Defendants Meridian Bioscience, Inc., John A. Kraeutler, & Melissa A. Leuke*

8046144.1

2