# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BARBARA FORMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN BIOSCIENCE, INC., JOHN A. KRAEUTLER, and MELISSA A. LUEKE<br><br>Defendants. | Case No. 1:17-cv-00774-SJD<br><br>CLASS ACTION<br><br>Judge:   Hon. Susan J. Dlott |

**LEAD PLAINTIFF'S MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND <u>DIRECTING DISSEMINATION OF NOTICE TO THE CLASS</u>**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Barbara Forman ("Plaintiff"), on behalf of herself and all other members of the proposed settlement class, through Court-approved Lead Counsel Levi & Korsinsky, LLP, hereby moves this Court for an order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e): (a) preliminarily certifying the Settlement Class for settlement purposes only; (b) preliminarily approving the Plan of Allocation as fair, reasonable and adequate; (c) approving the form and method of giving notice to the Settlement Class, as provided in the Stipulation; and (d) scheduling a Final Approval Hearing to determine whether the proposed Settlement, the Plan of Allocation, and Plaintiff's Counsel's request for attorneys' fees and reimbursement of expenses should be finally approved as fair, reasonable and adequate. Defendants do not oppose the relief requested in this motion.[1]

This motion is based on the accompanying Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for an Order Granting Preliminary Approval of Class Action Settlement and Directing Dissemination of Notice to the Class and the Declaration of Shannon L. Hopkins, dated September 5, 2019, with annexed exhibits, filed herewith.

A [PROPOSED] Order Granting Preliminary Approval of Settlement and Directing Dissemination of Notice to Settlement Class is also submitted herewith.

Dated: September 5, 2019

Respectfully submitted,

*/s/Shannon L. Hopkins*
**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Sebastian Tornatore (admitted *pro hac vice*)
1111 Summer street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171

---

[1] At this is Lead Plaintiff's Motion, the statements, arguments, and characterizations contained herein are those of Lead Plaintiff only. Defendants do not oppose preliminary approval of the Settlement or preliminary certification of the Class for settlement purposes only.

Email: shopkins@zlk.com
Email: stornatore@zlk.com


James R. Cummins (0000861)
**CUMMINS LAW LLC**
312 Walnut Street, Suite 1530
Cincinnati, Ohio 45202
Tel.: (513) 721-9000
Fax: (513) 721-9001
Email: jcummins@cumminslaw.us

*Counsel for Plaintiff Barbara Forman*

## CERTIFICATE OF SERVICE

I certify that on September 5, 2019, I filed Plaintiff's MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING DISSEMINATION OF NOTICE TO THE CLASS with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

                                         */s/Shannon L. Hopkins*
                                         Shannon L. Hopkins