# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BARBARA FORMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MERIDIAN BIOSCIENCE, INC., JOHN A. KRAEUTLER, and MELISSA A. LUEKE<br><br>    Defendants. | Case No. 1:17-cv-00774-SJD<br><br>CLASS ACTION<br><br><br>Judge:   Hon. Susan J. Dlott |

## DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND <u>DIRECTING DISSEMINATION OF NOTICE TO THE CLASS</u>

I, SHANNON L. HOPKINS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Levi & Korsinsky, LLP, Court-appointed Lead Counsel in this class action, and have been admitted pro hac vice to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiff's Motion For Preliminary Approval of Class Action Settlement and Directing Dissemination of Notice to the Class.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1:  Stipulation of Settlement, Dated September 4, 2019, with exhibits thereto

Exhibit 2:  Stefan Boettrich and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2018 Full-Year Review* (NERA Jan. 29, 2019)

Exhibit 3:  Laarni T. Bulan, Ellen M. Ryan, and Laura E. Simmons*, Securities Class Action Settlements – 2018 Review and Analysis* (Cornerstone Research 2019)

Exhibit 4: Firm résumé of Levi & Korsinsky, LLP

Exhibit 5: Firm résumé of A.B. Data Ltd.

Additionally, pursuant to the Court's Standing Order on Civil Procedure, at p.6, true and correct copies of the following unreported opinions which are unavailable through Westlaw are annexed hereto:

Exhibit 6: *In re Auto. Parts Antitrust Litig.*, No. 12-md-02311, 2016 U.S. Dist. LEXIS 98447 (E.D. Mich. June 20, 2016)

Exhibit 7: *Wilson v. LSB Indus.*, No. 1:15-cv-07614-RA-GWG, 2019 U.S. Dist. LEXIS 133878 (S.D.N.Y. June 28, 2019)

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2019.

                                                     */s/Shannon L. Hopkins*
                                                     Shannon L. Hopkins