*Denied subject to refiling*
*Susan J. Dlott*
*October 2, 2019*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BARBARA FORMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN BIOSCIENCE, INC., JOHN A. KRAEUTLER, and MELISSA A. LUEKE<br><br>Defendants. | Case No. 1:17-cv-00774-SJD<br><br>CLASS ACTION<br><br><br><br>Judge: Hon. Susan J. Dlott |

## LEAD PLAINTIFF'S MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING DISSEMINATION OF NOTICE TO THE CLASS