# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BARBARA FORMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN BIOSCIENCE, INC., JOHN A. KRAEUTLER, and MELISSA A. LUEKE<br><br>Defendants. | Case No. 1:17-cv-00774-SJD<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION AND PLAN OF ALLOCATION**<br><br>Hon. Susan J. Dlott |

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Barbara Forman ("Plaintiff"), on behalf of herself and all other members of the proposed settlement class, through Court-approved Lead Counsel Levi & Korsinsky, LLP, hereby moves this Court for an order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e): (a) granting final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation, (b) certifying the Settlement Class, and (c) approving the proposed Plan of Allocation for distribution of the Settlement Fund. This motion is based on the Declaration of Sebastiano Tornatore in Support of (I) Plaintiff's Motion for Final Approval of Settlement, Class Certification and Approval of Plan of Allocation, and (II) Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Counsel is unaware of any opposition to this motion. Pursuant to the Preliminary Approval Order, any objection to Counsel's application for final approval or the proposed plan of allocation must be postmarked on or before a February 17, 2020. To date, no objections have been filed. A proposed Order granting the requested relief has been filed concurrently herewith.

A proposed Order granting the requested relief has been filed concurrently herewith. An updated proposed Order will be submitted with Lead Plaintiff's reply papers after the deadline for requesting exclusion has passed, in order to incorporate requests for exclusion from the Settlement Class, if any are received.

Dated: February 10, 2020

Respectfully submitted,

*/s/Shannon L. Hopkins*
**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Sebastian Tornatore (admitted *pro hac vice*)
1111 Summer street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: stornatore@zlk.com

James R. Cummins (0000861)
**CUMMINS LAW LLC**
312 Walnut Street, Suite 1530
Cincinnati, Ohio 45202
Tel.: (513) 721-9000
Fax: (513) 721-9001
Email: jcummins@cumminslaw.us

*Counsel for Plaintiff Barbara Forman*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2020, I filed LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION AND PLAN OF ALLOCATION with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins