# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BARBARA FORMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MERIDIAN BIOSCIENCE, INC., JOHN A. KRAEUTLER, and MELISSA A. LUEKE<br><br>    Defendants. | Case No. 1:17-cv-00774-SJD<br><br>CLASS ACTION<br><br>**COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES AND A CONTRIBUTION AWARD**<br><br>Hon. Susan J. Dlott |

PLEASE TAKE NOTICE that the undersigned Counsel for the Court-appointed Lead Plaintiff Barbara Forman ("Plaintiff"), hereby move this Court for an Order awarding attorneys' fees and reimbursement of litigation expenses. This motion is based on the memorandum of law in support thereof; the Declaration of Sebastiano Tornatore in Support of (I) Plaintiff's Motion for Final Approval of Settlement, Class Certification and Approval of Plan of Allocation, and (II) Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Counsel is unaware of any opposition to this motion. Pursuant to the Preliminary Approval Order, any objection to Counsel's application for an award of attorneys' fees and reimbursement of litigation expenses must be postmarked on or before a February 17, 2020. To date, no objections have been filed. A proposed Order granting the requested relief has been filed concurrently herewith.

A proposed Order granting the requested relief has been filed concurrently herewith. An updated proposed Order will be submitted with Lead Plaintiff's reply papers after the deadline for

requesting exclusion has passed, in order to incorporate requests for exclusion from the Settlement Class, if any are received.

Dated:  February 10, 2020          Respectfully submitted,

*/s/Shannon L. Hopkins*
**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Sebastian Tornatore (admitted *pro hac vice*)
1111 Summer street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email:  shopkins@zlk.com
Email: stornatore@zlk.com


James R. Cummins (0000861)
**CUMMINS LAW LLC**
312 Walnut Street, Suite 1530
Cincinnati, Ohio 45202
Tel.: (513) 721-9000
Fax: (513) 721-9001
Email: jcummins@cumminslaw.us

*Counsel for Plaintiff Barbara Forman*

3

## **CERTIFICATE OF SERVICE**

I certify that on February 10, 2020, I filed COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES AND A CONTRIBUTION AWARD with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins